IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: LEONEL MARTINEZ SANCHEZ
NORMA IRIS MELENDEZ QUINONES

Bkrtcy. No. 11-06412-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jul 29, 2011
Meeting Date: Sep 08, 2011
DC Track No. 26

Days from petition date: 41
Meeting Time: 3:00 PM

910 Days before Petition: 1/30/2009
☐ Chapter 13 Plan Date: Jul 29, 2011 Dkt.# 2   ☐ Amended.

This is debtor(s) 1ST Bankruptcy petition.
Plan Base: $30,000.00

This is the 1ST Scheduled Meeting
Confirmation Hearing Date: Oct 14, 2011   Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No.   Date   Amount
Total Paid In: $500.00

I. **Appearances:** ☐ Telephone ☐ Video Conference   ☐ Creditor(s) present: ☑ None.
☑ Debtor Present   ☑ ID & Soc. OK   ☐ Debtor Absent
☑ Joint Debtor Present   ☑ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☑ Substitute attorney: Vega, Esq.   ☐ Pro-se.

II. Attorneys Fees as per R 2016(b) Statement   Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00   Paid Pre-Petition: $126.00   Outstanding: $2,874.00 THROUGH THE PLAN

III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear;  ☐ For Failure to commence payments.

IV. **Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.   Liquidation Value: TBD
Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
46.74 The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

V. Trustee's OBJECTIONS to Confirmation:   SS: him.
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
T. will object Exemption D1 over property located at Trujillo alto. Sch-C will be amended. The Trustee cannot determine LV at this moment.

/s/ José R. Carrión
Trustee        Presiding Officer        Page 1 of 1        Date: Sep 08, 2011